William T. Walsh
Clerk

UNITED STATES DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD & U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, N.J. 07101-0419

CAMDEN OFFICE
4th & Cooper Streets
P.O. Box 2797
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

February 14, 2008

REPLY TO: CAMDEN

United States District Court
Northern District of Florida
William M. McCool, Clerk
United States Courthouse
401 SE First Avenue, Room 243
Gainesville, FL 32601

1-07-cv-180
SPM/AK

Re:  MDL1850 In Re: Pet Food Products Liability Litigation

Snyder, et al v. Menu Foods, Inc., et al
1:07cv180(SPM)(AK)

District of New Jersey Civil Action No. 1:07cv2867(NLH)

Dear Clerk:

   Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

   If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

   Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

Sincerely,

WILLIAM T. WALSH, Clerk

/s/Susan Bush
Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

DNJ-Civ-MDL001

A CERTIFIED TRUE COPY
FEB 11 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 24 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PET FOOD PRODUCTS LIABILITY
LITIGATION
    Ginger Snyder, et al. v. Menu Foods, Inc., et al.,    )
        N.D. Florida, C.A. No. 1:07-180    )

MDL No. 1850

## CONDITIONAL TRANSFER ORDER (CTO-7)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 499 F.Supp.2d 1346 (J.P.M.L. 2007). Since that time, 72 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

RECEIVED
WILLIAM T. WALSH, CLERK

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

February 11, 2008

William T. Walsh, Clerk
1050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102

Re: MDL No. 1850 -- IN RE: Pet Food Products Liability Litigation

(See Attached CTO-7)

Dear Mr. Throckmorton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 24, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Thompson
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Noel L. Hillman
    Transferor Judge:    Judge Stephan P. Mickle
    Transferor Clerk:    William M. McCool

JPML Form 36

IN RE: PET FOOD PRODUCTS LIABILITY
LITIGATION                                                                  MDL No. 1850

## INVOLVED COUNSEL LIST (CTO-7)

Mark C. Goodman
SQUIRE SANDERS & DEMPSEY LLP
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492

Craig A. Hoover
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109

D. Jeffrey Ireland
FARUKI IRELAND & COX PLLC
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402

Robert A. McNeely
MCNEELY LAW FIRM
Mahan Oaks Center
2898-6 Mahan Drive
Tallahassee, FL 32308

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS LLC
8 Kings Highway West
Haddonfield, NJ 08033

Amy W. Schulman
DLA PIPER US LLP
1251 Avenues of the Americas
27th Floor
New York, NY 10020-1104

**CLERK, UNITED STATES DISTRICT COURT**
P.O. BOX 2797
CAMDEN, NJ 08101

OFFICIAL BUSINESS

United States District Court
Northern District of Florida
William M. McCool, Clerk
United States Courthouse
401 SE First Avenue, Room 243
Gainesville, FL 32601



047J82008796

$00.41⁰

Mailed From: 08101
02/15/2008
US POSTAGE

*neopost*